UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

    Plaintiffs,

vs.

Aldo, Inc.

    Defendant.

_____

Civil File No. 10-cv-01051 (PAM/JJG)

**ORDER FOR <u>DISMISSAL</u>**

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: May 28, 2010

BY THE COURT:

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge